**Lely PATENT N.V., Appellant**

v.

**DELAVAL INTERNATIONAL AB, Appellee.**

No. 2015-1669.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Mark L. Lorbiecki, Lowe Graham Jones PLLC, Seattle, WA, argued for appellant.

Andrew J. Patch, Young & Thompson, Alexandria, VA, argued for appellee. Also represented by Jeffrey M. Goehring, Douglas V. Rigler.

Meredith Hope Schoenfeld, Office of the Solicitor, United States Patent and Trade-

mark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Michael Sumner Forman, Scott Weidenfeller.

LOURIE, WALLACH, and STOLL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**